have been dismissed (*Matter of Flewwellin* v. *Lent*, 91 App. Div. 430); and also that no proper demand for rent was made by the petitioner. All concurred, except McLennan, P. J., and Kruse, J., who dissented.

The Lyons National Bank, Appellant, v. George H. Shuler, Individually and as Executor of and Trustee under the will of Magdalena Shuler, Deceased, and Others, Respondents, Impleaded with Dorothea Frank and Others, Appellants.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented, upon the ground that the judgment ought to have provided that out of the proceeds of the sale the owners of the property should first have the right to receive the value of their property when the improvements were commenced; that their equities were prior to those of the equitable lienors.

Ellen J. Ellender, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alexander S. Scobell, Appellant, v. Wilder Realty Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Eleanora Falkowska, Respondent, v. Ludwig Zemrak, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented upon the ground that there was no proof that the Polish words were spoken as alleged in the complaint, except as to two words, and that as to those there was no proof as to their meaning.

Marcus David, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

The People of the State of New York, Plaintiff, v. James Fitzpatrick, Defendant.— Motion to make printing of case and exceptions a charge against county of Onondaga denied, but district attorney directed to allow the defendant to use the stenographer's minutes of the evidence and charge for the purpose of making a case and exceptions if desired.

The W. W. Pierce Manufacturing Company, Respondent, v. The Phœnix Insurance Company of Hartford, Connecticut, Appellant.— Judgment affirmed, with costs. All concurred.

Louisa E. Fitzgerald, as Administratrix, etc., of William A. Fitzgerald, Deceased, Appellant, v. The Lake Shore and Michigan Southern Railway Company and James C. Fargo, as President of the Merchants' Dispatch Transportation Company, Respondents.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Fred Staples, Respondent, v. Stephen Chubb, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented for the reason of error in charge.

Claude W. Waddell, Respondent, v. Hudson River Electric Power Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Jennie Heitman, as Administratrix, etc., of Louis Heitman, Deceased, Respondent, v. Pennsylvania Railroad Company, Appellant.—Judgment and order